UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

RICARDO WIGGINS, #317687,          )
                                   )
        *Plaintiff,*               )
                                   )
v.                                 )      No.  2:15-cv-130-RLJ
                                   )
CENTURION, *et al.,*               )
                                   )
        *Defendants.*              )

## MEMORANDUM and ORDER

On April 22, 2015, the Court entered an order in this *pro se* prisoner's civil rights case under 42 U.S.C. § 1983, allowing plaintiff twenty (20) days to amend his complaint to state a claim entitling him to relief and cautioning him that his failure to amend would lead to the dismissal of his case, (Doc. 4). That time has now passed, and plaintiff has failed to amend the complaint or otherwise respond to the order.

Accordingly, his case is **DISMISSED** for want of prosecution. *See* Fed. R.Civ. P. 41(b). In addition, this Court has carefully reviewed this case pursuant to 28 U.S.C. § 1915(a) and **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**A separate judgment will enter.**

        **ENTER:**

                                        _____
                                        LEON JORDAN
                                        UNITED STATES DISTRICT JUDGE